# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

**In the matter of:**

Joseph R. Martin

**Debtor(s).**

**Case No.:** 07-32246-dof

**Chapter 13 Proceedings**

**Judge Daniel Opperman**

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Joseph R. Martin | Debtor Refund | | | 723375 | $3.08 |

Dated: December 1, 2010

___/s/Carl L. Bekofske___
Carl L. Bekofske,
Standing Chapter 13 Trustee
400 N. Saginaw St., Ste 331
Flint, MI 48502
Telephone: (810) 238-4675
Fax: (810) 238-4712
Email: ECF@flint13.com
P10645